# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2149

_____

United States of America

*Plaintiff - Appellee*

v.

Jermaine Lamar Robinson, also known as Jermaine Leonard Robinson, also known as Jermaine L. Robinson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Western

_____

Submitted: October 29, 2024
Filed: November 1, 2024
[Unpublished]

_____

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Jermaine Robinson appeals after the district court[1] revoked his supervised release and sentenced him to 6 months in prison and 48 months of supervised release. When the court revoked Robinson's supervised release, it imposed conditions of release, including a special condition requiring that he participate in sex offender treatment. In this court, Robinson's counsel has filed a brief arguing that the district court plainly erred by imposing this condition.

After careful review, we conclude that the district court did not err in reimposing this condition, which was also an original condition of release. *See United States v. Schultz*, 845 F.3d 879, 881 (8th Cir. 2017) (standard of review); *see also United States v. Lincoln*, 876 F.3d 1137, 1139-40 (8th Cir. 2017). Accordingly, we grant counsel leave to withdraw, and affirm.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.